# In the United States District Court for the Southern District of Georgia
## Waycross Division

ANDRE LINDSAY,

    Petitioner,

v.

MERRICK GARLAND,

    Respondent.

5:23-cv-74

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 15. Petitioner Andre Lindsay ("Lindsay") did not file Objections to this Report and Recommendation, and the extended time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT** Respondent's Motion to Dismiss, **DENY** Lindsay's 28 U.S.C. § 2241 Petition, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Lindsay *in forma pauperis* status on appeal.

**SO ORDERED**, this 11 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA