# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| ANDRE LINDSAY, | |
| Petitioner, | 5:23-cv-74 |
| v. | |
| MERRICK GARLAND, | |
| Respondent. | |

### ORDER

Petitioner Andre Lindsay ("Lindsay") filed Objections to the April 30, 2024 Report and Recommendation. Dkt. No. 19. The Court had not received Lindsay's Objections when I adopted the Report and Recommendation. Dkt. No. 20.

The Court has now reviewed Lindsay's Objections and **OVERRULES** them. Lindsay presents nothing in his Objections he did not already present on previous occasions or the Magistrate Judge did not address in his Report and Recommendation. Dkt. Nos. 1, 11, 15. Lindsay merely voices his disagreement with the Magistrate Judge's analysis, which is not a meritorious position on which to base an objection.

The Court's June 12, 2024 Order remains the Order of this Court, and this case remains **CLOSED**.  Dkt. Nos. 20, 21.

**SO ORDERED**, this 24 day of June, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA